TIRE ENGINEERING AND DISTRIBUTION L.L.C. et al., Appellants, et al., Plaintiff, v BANK OF CHINA LIMITED, Respondent.

MOTOROLA CREDIT CORPORATION, Appellant-Respondent, et al., Plaintiffs-Counter-Defendants, v STANDARD CHARTERED BANK, Respondent-Appellant, et al., Defendants-Counter-Claimants, et al., Defendants.

Decided February 18, 2014

*See* 740 F3d 108.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.